IN THE MATTER OF THE APPLICATION OF R. W.
MEYER, LIMITED, TO REGISTER AND CON-
FIRM ITS TITLE TO LAND SITUATE IN MO-
LOKAI, COUNTY OF MAUI, TERRITORY OF
HAWAII.

NO. 2829.

FILED JUNE 3, 1952.                    DECIDED JUNE 16, 1952.

LE BARON, J., AND CIRCUIT JUDGES CORBETT
AND BROWN IN PLACE OF TOWSE, C. J.,
AND STAINBACK, J., DISQUALIFIED.

*Per Curiam.* This is a petition for rehearing of the

cause determined by this court's opinion as recorded at page 403, *ante*. It rests upon two grounds, the character of which is argumentative and repetitive of matters heretofore fully briefed and argued by counsel and considered by this court. No useful purpose, therefore, would be served by setting forth grounds of that character. Suffice it to say that this court, on review of its opinion, finds nothing in the petition to warrant a rehearing.

Petition denied without argument.

*Phil Cass* for the petition.

Petition denied without argument.